UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR-04-2179-WFN |
| Plaintiff, ) | |
| ) | |
| -vs- ) | ORDER |
| ) | |
| CRISOFORO PEREZ-PIMENTEL, ) | U.S.M.S. Action Required |
| ) | |
| Defendant. ) | |

Pending before the Court is Defendant's Motion to Dismiss, filed May 5, 2006 (Ct. Rec. 31-1). On May 8, 2006, the Government filed its response and indicated that it has no objection to Defendant's motion (Ct. Rec. 35). Accordingly,

**IT IS ORDERED that**:

1. Defendant's Motion to Dismiss, filed May 5, 2006, **Ct. Rec. 31-1**, is **GRANTED**.

2. The Indictment filed December 14, 2004, **Ct. Rec. 1**, is **DISMISSED with prejudice**.

3. All other pending motions are **DENIED as moot**.

4. The Defendant shall be **IMMEDIATELY RELEASED** from United States Marshal Service custody.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** the United States Marshal Service.

**DATED** this 8th day of May, 2006.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATED DISTRICT JUDGE

05-08

ORDER